UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-340-VBF(CWx)**                    Dated: **June 20, 2011**

Title:   Fabtech Industries, Inc. -*v*- Fabtechsuspensionkits.com, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                              None Present
      Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

      None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER RE VOLUNTARY DISMISSAL OF**
                                      **ACTION WITHOUT PREJUDICE PURSUANT TO**
                                      **FED. R. CIV. P. 41(a)(1) (DKT. #10)**

In light of Plaintiff's Voluntary Dismissal of Action Without Prejudice
Pursuant to Fed. R. Civ. P. 41(a)(1) (dkt. #10), the Court hereby
**DISMISSES** this action in its entirety, without prejudice, pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All future dates are hereby **VACATED** and the case is **CLOSED.**

**IT IS SO ORDERED.**